

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-19-00797-CV

**EWING CONSTRUCTION CO., INC.,**
Appellant

v.

**BENAVIDES INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-122
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

On February 21, 2020, appellee filed objections to and a motion to strike portions of appellant's reply brief. In light of the opinion and judgment issued in this appeal on today's date, we DENY AS MOOT the motion and objections.

Entered on this 18th day of March, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court